FILED
CLERK, U.S. DISTRICT COURT
NOV 1 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Manuel Alejandro Gonzalez-Perez, ) <br> ) <br> Defendant. ) <br> ) | Case No.: CR 11-478-SVW <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on undocumented immigrant status, no known

1    <u>bail resources, current allegations</u>

4    (and)/or

5 B. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>prior criminal record, including violent assault</u>

14    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17 Dated: __11/13/15__      _[signature]_
                                       JEAN ROSENBLUTH
                                       U.S. MAGISTRATE JUDGE